PROB 12B
(7/93)

# United States District Court

## for the

# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Edward Laurence Bailey                     Case Number: 3:03CR00018-001

Sentencing Judicial Officer:  Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:    May 5, 2003

Original Offense:             Bank Fraud in violation of 18 U.S.C. § 1344(2)

Original Sentence:            27 months imprisonment, five years supervised release

Date Supervision Commenced: March 1, 2005

### PETITIONING THE COURT

[X]     To modify the conditions of supervised release as follows:

The defendant shall reside at the North Star Center Community Correctional Center (CCC) for a period of no more than 45 days at the direction of the probation officer, shall abide by all rules and regulations of the CCC, shall be eligible for work release, substance abuse counseling and mental health treatment.

### CAUSE

On January 15, 2004, the defendant was sentenced by the Honorable Ralph R. Beistline, U.S. District Court Judge for his conviction of Bank Fraud in violation of 18 U.S.C. § 1344(2). The defendant was committed to the custody of the Bureau of Prisons for a total term of 27 months. Following the defendant's release from imprisonment, the defendant was ordered to serve a five year term of supervised release. Mandatory, standard and special conditions were imposed, which included a $100 special assessment fee and restitution in the amount of $116,802.60.

On January 8, 2005, the defendant was released from the custody of the Bureau of Prisons and began serving his five year term of supervised release. On January 10, 2005, conditions of supervised release were read and explained to the defendant by this officer.

On August 30, 2005, the defendant submitted a urine specimen which tested positive for the presence of marijuana. The defendant was verbally reprimanded and placed on an increased rate of submitting random urinalysis'.

*Request for Modification of Conditions*
*Edward Laurence Bailey*
*3:03CR00018-001*

On November 30, 2005, the defendant submitted a urine specimen which tested positive for the presence of marijuana. The defendant was instructed to obtain a substance abuse evaluation and to follow any recommendations.

On January 17, 2006, the defendant obtained a substance abuse evaluation as directed from Tracy K. Splitstoser, Intake Specialist, of Fairbanks Native Association, Behavioral Health Programs. It was confirmed that the defendant met the criteria for the ASAM PPC-2R for level I Standard Outpatient Care. The defendant has been directed to begin the recommended treatment, and is currently on a wait list.

Additionally, between February 6, and February 10, 2006, the defendant had been cited for driving with No Valid Operator's License on two separate occasions by the same Alaska State Trooper. On the second contact by the Alaska State Trooper, the defendant was arrested and subsequently bailed out.

On February 13, 2006, the defendant reported to the office as instructed to submit a urinalysis. At this time, the defendant advised this officer that prior to February 6, 2006, the defendant had been contacted by an Alaska State Trooper, and was issued a ticket for driving with No Valid Operator's License. This officer was unaware of this contact.

It is respectfully requested that the above modification be granted by the Court, which will allow the defendant an opportunity to engage in substance abuse treatment. Serving a period of time at the CCC, the defendant will be housed in a more stable environment, and at the same time, remain employed, which will allow the defendant to continue making monthly restitution payments.

Respectfully submitted,

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: February 14, 2006

*Request for Modification of Conditions*
*Edward Laurence Bailey*
*3:03CR00018-001*

Approved by:

Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[ ✓ ]   The Modification of Conditions as Noted Above
[ ]   File a Petition
[ ]   Other:

_____

_____

The Honorable Ralph R. Beistline
U.S. District Court Judge

Date: 2/22/06

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Edward Laurence Bailey**                     **Docket No. 3:03CR00018-001**

I,  Edward Laurence Bailey , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall reside at the North Star Community Correctional Center (CCC) for a period of no more than 45 days at the direction of the probation officer, shall abide by all rules and regulations of the CCC, shall be eligible for work release, substance abuse counseling, and mental health treatment.

Signed: _____        Date: 2/15/06
                Edward Laurence Bailey
                Probationer or Supervised Releasee

Witness: _____        Date: 2.13.06
                Toni M. Ostanik
                U.S. Probation/Pretrial Services Officer