M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>EDWARD BAILEY,<br><br>                  Defendant. | Case No. 3:03-cr-0018-RRB<br><br>**ENTRY OF APPEARANCE** |

        M. J. Haden, Staff Attorney, enters her appearance as counsel for defendant in the above-captioned action, and requests that copies of all future court documents and correspondence be electronically served on her or sent to M. J. Haden, Staff Attorney, 601 West 5th Avenue, Suite 800, Anchorage, AK 99501.

DATED this 18th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 18, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Crandon Randell, Esq.

/s/ M. J. Haden