Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   vs.<br><br>EDWARD BAILEY,<br><br>             Defendant. | Case No. 3:03-cr-0018-RRB<br><br>**NOTICE OF TERMINATION OF SERVICE** |

Rich Curtner hereby notifies the Court that he is no longer an active participant in *United States v. Edward Bailey*, Case No. 3:03-cr-0018-RRB, and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

DATED this 18th day of July 2006.

       Respectfully submitted,

       FEDERAL PUBLIC DEFENDER
       FOR THE DISTRICT OF ALASKA

       s/Rich Curtner
       Federal Defender
       601 West Fifth Avenue, Suite 800
       Anchorage, AK  99501
       Ph:  (907) 646-3400
       Fax:  (907) 646-3480
       Rich_Curtner@fd.org

<u>Certification</u>:
I certify that on July 18, 2006,
a copy of the **Notice of Termination
of Service** was served electronically
on:

Crandon Randell
Assistant U.S. Attorney

M. J. Haden
Staff Attorney

<u>s/Kevin F. McCoy</u>