M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWARD BAILEY,<br><br>    Defendant. | Case No. 3:03-cr-0018-RRB<br><br>**MOTION ON SHORTENED TIME FOR SCHEDULING CONFERENCE** |

    Defendant, Edward Bailey, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for a scheduling conference in the above-styled case.

    Mr. Bailey was arrested on July 6, 2006, following the filing of a petition to revoke his supervised release.  He appeared before the magistrate judge the same day for his initial appearance on the petition and entered a denial to all violations in the petition.  On July 17, 2006, Mr. Bailey waived his preliminary hearing, but went forward with a detention hearing.  Mr. Bailey was order detained and currently is incarcerated at the Fairbanks Correctional Center.  At the current time no evidentiary hearing has been

scheduled.  Thus, Mr. Bailey requests a scheduling conference to set further proceedings in his case.

DATED this 20th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on September 20, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

/s/ M. J. Haden