UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>EDWARD BAILEY,<br><br>            Defendant. | Case No. 3:03-cr-0018-RRB<br><br>**PROPOSED<br>ORDER SETTING<br>SCHEDULING CONFERENCE** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion for a scheduling conference, the court GRANTS the motion. A scheduling conference is hereby set for _____, 2006, at ____ a.m./p.m.

DATED _____, 2006, in Anchorage, Alaska.


                                                   _____<br>
                                                        Ralph R. Beistline<br>
                                                 United States District Court Judge