```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. __Edward Bailey__             CASE NO. __3:03-cr-00018-RRB__
Defendant:  __Present X In Custody   __On Summons   __On Bond

BEFORE THE HONORABLE: __RALPH R BEISTLINE__

DEPUTY CLERK/RECORDER: __TINA J GROTHAUSE__

UNITED STATES' ATTORNEY: __STEPHEN COOPER__

DEFENDANT'S ATTORNEY: __M.J.HADEN__

U.S.P.O.: __MARCI LUNDGREN__

PROCEEDINGS: STATUS HEARING HELD: September 22, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:06 a.m. court convened.

Court and counsel heard re: 2 week continuance.

Status conference set for Oct 6,2006 at 9:00 a.m. in Fairbanks.
Court may have to appear telephonically.

Entry Of Appearance of Mr Cooper on behalf of the United States.

At 11:19 a.m. court adjourned.

DATE: __9/22/2006__                DEPUTY CLERK'S INITIALS: __TJG__