UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA  v.  BAILEY 

DATE:  October 4, 2006     CASE NO.   3:03-CR-0018-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**CHANGING TIME FOR HEARING**

---

The **time** for the status hearing on **Friday, October 6, 2006,** is **changed** from 9:00 a.m. to **8:15 a.m.**, in Courtroom 1 in Fairbanks, Alaska. Judge Beistline will attend telephonically from Anchorage and counsel needing to attend telephonically can call Meet-Me-Bridge "A" at (907) 677-6246.

M.O. CHANGING TIME FOR HEARING