**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA   v.   EDWARD BAILEY

THE HONORABLE RALPH R. BEISTLINE

D̲ᴇᴘᴜᴛʏ C̲ʟᴇʀᴋ                                  CASE NO.  3:03-cr-00018-RRB

 CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: October 4, 2006

      Due to a scheduling conflict, the Status Hearing re Petition to Revoke Supervised Release scheduled for 10/06/2006 is and reset for 10/05/2006 at 1:00 p.m. in Courtroom 1, Fairbanks.

[]{IA.WPD*Rev.12/96}