```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.    EDWARD BAILEY              CASE NO    3:03-CR-0018-RRB
Defendant: X Present X In Custody    __On Summons    __On Bond

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:       CAROLYN BOLLMAN

UNITED STATES' ATTORNEY:     STEPHEN COOPER

DEFENDANT'S ATTORNEY:        M. J. HADEN

U.S.P.O.:                    MARCI LUNDGREN

PROCEEDINGS: STATUS HEARING RE REVOCATION OF SUPERVISED RELEASE
                          Held: 10/05/2006
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 1:04 p.m. court convened.

X   Defendant **ADMITTED** allegations    1, 2, AND 3

X   FINAL DISPOSITION HEARING scheduled for Thursday, November 9, 2006 at 10:00 a.m. in Courtroom 1 Fairbanks.

X   Defendant's detention continued.

At 1:12 p.m. court adjourned.

DATE:      10/17/2006              DEPUTY CLERK'S INITIALS:  cpb