## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

## USA  v.  EDWARD BAILEY

DATE:  November 6, 2006    CASE NO.  3:03-CR-0018-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
RESCHEDULING DISPOSITION**

Due to an ongoing civil jury trial, the disposition hearing in this matter is **RESCHEDULED** and will be held on **Wednesday, November 22, 2006,** at **9:00 a.m.**, in Courtroom 1 in Fairbanks, Alaska.

M.O. RESCHEDULING SENTENCING