MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  Edward Bailey          CASE NO. 3:03-cr-00018-RRB
Defendant: X Present X In Custody   __On Summons   __On Bond

BEFORE THE HONORABLE: Ralph R Beistline

DEPUTY CLERK/RECORDER: Tina J Grothause

UNITED STATES' ATTORNEY: Stephen Cooper

DEFENDANT'S ATTORNEY: M.J.Haden

U.S.P.O.:   Toni Ostanik

PROCEEDINGS: Final Disposition Hearing    Held 11/22/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

X FINAL DISPOSITION HEARING:

   __Probation/Supervised Release continued.

   X Probation/Supervised Release revoked.

X Sentence imposed as stated in the judgment.

X OTHER: Imprisoned for a term of 150 days(credit for time served). Term of 4 years supervised release upon release of imprisonment.

At 9:28 a.m. court adjourned.

DATE:   11/22/2006            DEPUTY CLERK'S INITIALS: tjg