UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>EDWARD BAILEY | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 5/6/2003 )<br>Case Number: 3:03-cr-00018-RRB<br>M.J.Haden<br>            Defendant's Attorney |

Defendant's probation officer filed a petition on   6/19/2006   accusing defendant of 4  violations of the conditions of supervision provided in the original judgment. Defendant admitted to all four violations.         . All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Positive UA | 8/30/2005 | C |
| 2 | Mandatory | Drive no O/L<br>Overtake Emergency vehicle | 5/23/2006 | C |
| 3 | Special | Positive Breathalyzer | 4/6/2006 | C |
| 4 | Mandatory | Positive UA | 6/12/2006 | C |

The court finds that the following accusations are not proved: _____. The court concludes that the conditions of supervision set forth in the court's original judgment are subject to  [X] modification or [_] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3     of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 22, 2006

REDACTED SIGNATURE

Signature of Judicial Officer
RALPH R BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

November 22, 2006
Date

AO245.REV

Defendant: EDWARD BAILEY                    Amended Judgment--Page 2 of 3
Case No.: 3:03-cr-00018-01-RRB

### IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [X]   probation [_]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>150 days(credit for time served)</u>

[_]   The court makes the following recommendations to the Bureau of Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this district,
                            a.m.
      [_] at _____ p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
      [_] before 2 p.m. on _____.
      [_] as notified by the United States Marshal.
      [_] as notified by the probation office.

#### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                          _____
                                          United States Marshal

                                          By _____
                                             Deputy Marshal

AO245.REV

Defendant: EDWARD BAILEY                    Amended Judgment--Page 3 of 3
Case No.: 3:03-cr-0001801-RRB

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [X] probation[_] is modified as follows:

1.    The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug test thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

2.    The defendant shall participate in a program approved by a United States Probation Officer for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs.

3.    The defendant shall pay the outstanding balance of any court-ordered fine or restitution during the period of supervision in monthly installments of not less than 10% of the defendant's gross monthly income or $25, whichever amount is greater.

The term of supervision is not [_] is [X] extended as follows:

Term of four years supervised release upon the defendant's release from imprisonment


Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV