# United States District Court
## for the
## District of Alaska

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Edward Laurence Bailey                Case Number: 3:03CR00018-001

Sentencing Judicial Officer:    Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:    May 5, 2003

Original Offense:    Bank Fraud in violation of 18 U.S.C. § 1344(2)

Original Sentence:    27 months imprisonment, five years supervised release

Date Supervision Commenced: March 1, 2005

Date of Amended Sentence:  November 22, 2006

Supervised Release Violations: Positive Urinalysis (two counts), Driving with No Valid Operator's License, Overtaking Emergency Vehicle, Positive Breathalyzer

Amended Sentence:    150 days (credit for time served) four years supervised release

Date Supervision Commenced: December 6, 2006


### PETITIONING THE COURT

[X]    To modify the conditions of supervised release as follows:

The defendant shall reside at the North Star Center Community Correctional Center (CCC) for a period of no more than 30 days at the direction of the probation officer, shall abide by all rules and regulations of the CCC, shall be eligible for work release, and mental health treatment.

### CAUSE

On January 15, 2004, the defendant was sentenced by the Honorable Ralph R. Beistline, U.S. District Court Judge for his conviction of Bank Fraud in violation of 18 U.S.C. § 1344(2). The defendant was committed to the custody of the Bureau of Prisons for a total term of 27 months. Following a revocation in 2006, the defendant was released from the Bureau of Prisons in late in December 2006 and conditions of probation were read and explained to the defendant by this officer.

*Request for Modification of Conditions*
*Edward Laurence Bailey*
*3:03CR00018-001*

On June 6, 2007, this officer observed the defendant to be driving a vehicle to the U.S. Federal Building, knowing that the defendant did not have a valid driver's license. The defendant admitted to this officer to driving the vehicle in question without a valid license and the defendant acknowledged to knowing it was against the law.

The defendant has agreed to modify his conditions of supervised release to include a 30-day placement at Northstar Community Correctional Center, to allow work release, mental health counseling and random urinalysis monitoring.

It is respectfully recommended the defendant be placed at the CCC for this 30-day placement.

Respectfully submitted,

REDACTED SIGNATURE

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: August 20, 2007

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ \] The Modification of Conditions as Noted Above
[ ]  File a Petition
[ ]  Other: _____

_____

REDACTED SIGNATURE

The Honorable Ralph R. Beistline
U.S. District Court Judge
Date: August 23, 2007

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

**U.S.A. v Edward Laurence Bailey**　　　　　　　　　　**Docket No. 3:03CR00018-001**

I, _Edward Laurence Bailey_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall reside at the North Star Community Correctional Center (CCC) for a period of no more than 30 days at the direction of the probation officer, shall abide by all rules and regulations of the CCC, shall be eligible for work release, and mental health treatment.

Signed: _[signature]_　　　　　　　Date: _6/27/07_
Edward Laurence Bailey
Probationer or Supervised Releasee

Witness: _REDACTED SIGNATURE_　　　Date: _6.27.2007_
Toni M. Ostanik
U.S. Probation/Pretrial Services Officer