

UNITED STATES
DISTRICT COURT
District of Alaska
Fairbanks Division

# 4018186?    SM
May 5, 2008

Code    Case No.    Qty    Amount
6855XX-R                   100.00 CH

TOTAL:                     100.00

FROM: EDDIE BATLEY
RESTITUTION
3:03CR-00018-RRB