```
       UNITED STATES
       DISTRICT COURT
        District of Alaska
        FAIRBANKS Division

       # 40101844 — C0
        June 12, 2008

Code    Case #    Qty       Amount

6855XX-R                    50.00 CA


TOTAL→                      50.00


FROM: EDDIE BAILEY
      RESTITUTION PAYMENT
      3:03-CR-00018 RRB
```